**Order entered January 22, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01282-CR

## MARQUIS K JONES, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1554782-T**

## ORDER

Appellant's motion to allow additional briefing is **DENIED** as moot.


/s/    DENNISE GARCIA
       JUSTICE